JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-04382-RGK-JPR | Date | September 23, 2021 |
|---|---|---|---|
| Title | *ANGELINA ALIAV v. SMART FOODS, LLC* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|
| Sharon L. Williams (not present) | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Dismissing Action for Lack of Subject Matter Jurisdiction**

On May 26, 2021, Angelina Aliav ("Plaintiff") filed a class action against Smart Foods, LLC ("Defendant). In her Complaint, Plaintiff asserts state claims relating to intentionally false and misleading labeling by Defendant of its product. Plaintiff filed this action in federal court diversity jurisdiction pursuant to the Class Action Fairness Act ("CAFA"). Upon review of Plaintiff's Complaint, however, the Court dismisses the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332(d)(2), district courts shall have original jurisdiction over any civil action in which (1) any member of the class of plaintiffs is a citizen of a state different from any defendant; and (2) the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs.

Plaintiff's Complaint expressly states that Plaintiff is a California citizen, as is Defendant. (Compl., ¶¶ 4 and 5.) Plaintiff further defines that Class as "all persons within California who purchased the Class Products within four years prior to the filing of this Complaint." (Compl., ¶ 28.) Therefore, the Court finds that the first prong of § 1332(d)(2) is not satisfied, as there is no diversity of citizenship.

In light of the foregoing, the Court hereby **dismisses** the action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | |